AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|   Southern   | District of |   New York   |
|---|---|---|

Zevhart H. Mesdjian

**SUMMONS IN A CIVIL ACTION**

V.

Merck & Co., Inc.

CASE NUMBER:

## 08 CIV. 2537

TO: (Name and address of Defendant)

Merck & Co., Inc.
C/O CT Corporation System
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

MAR 1 3 2008

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 19, 2008 at 4:02 PM |

| NAME OF SERVER (*PRINT*) | TITLE |
|---|---|
| Henry Moss | Licensed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Personal service on Elana Bou, Process Specialist, a person representing the CT Corporation System, the Registered Agent of Merck & Co., Inc and authorized to accept Service for Merck & Co., Inc,  Service was executed at 111 Eighth Avenue, New York, NY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 21, 2008                    *Henry Moss*
              Date                              *Signature of Server*

              102 East 22nd Street, New York, NY 10010

              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.